UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ABDULLAH ALI,   Case No. 19-CV-2873 (PJS/KMM)

    Plaintiff,

v.   ORDER OF DISMISSAL

HEALTHEX CORP., HEALTHEX COURIERS LLC,
JOSEPH MONTEMARANO AND
DUSTIN HOFFMAN, AS INDIVIDUALS,

    Defendants.

---

Based upon the Stipulation for Dismissal filed by the parties on May 4, 2020 [ECF No. 14],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: May 4, 2020

                                                  s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge